IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  12-cv-00634-WJM-MJW

ZAFIE CRAFT,

Plaintiff(s),

v.

TARGET CORPORATION,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Motion to Strike Defendant's Designation of Non-Party at Fault, DN 11, filed with the Court on April 25, 2012, is GRANTED and the Defendant's Designation of Non-Party at Fault is hereby STRICKEN.

Date:  May 18, 2012