IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00634-WJM-MJW

ZAFIE CRAFT,

Plaintiff(s),

v.

TARGET CORPORATION,

Defendant(s).

## MINUTE ORDER

Entered by U.S. Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendant's Unopposed Motion for Independent Medical Examination of the Plaintiff (Docket No. 29) is granted. Plaintiff shall undergo a physical examination by Dr. Brian Reiss, M.D., on December 7, 2012, at 9:00 a.m. at Dr. Reiss's office located at 5579 South Curtice Street, Littleton, Co 80120.

Date: November 9, 2012