**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-0634-WJM-MJW

ZAFIE CRAFT

    Plaintiff,

v.

TARGET CORPORATION
    Defendant.

## ORDER GRANTING STIPULATED MOTION TO DISMISS

This matter is before the Court on the parties' Stipulated Motion to Dismiss filed March 7, 2013 (ECF No. 37).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The parties' Stipulated Motion is GRANTED.  The above-captioned matter is hereby DISMISSED WITH PREJUDICE.  Each party shall pay her or its own attorney's fees and costs.

Dated this 7th day of March, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge